UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUAN VENTURA-VERA, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 09-0505-CV-W-DGK-P |
| STATE OF MISSOURI, et al., | ) |
| Respondents. | ) |

**O R D E R**

It is **ORDERED** that petitioner's motion for reconsideration (Doc. No. 14) is denied for the reasons set out in the State's response.

/s/ Greg Kays
GREG KAYS
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: June 1, 2010 .